**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § CRIMINAL No. |
| **JUAN ANDRES LUNA,** | § |
| **aka Juan Andre Luna,** | § |
| **aka Juan Luna,** | § |
| **aka Juan Luna Mendez,** | § |
| | § |
| Defendant. | § |
| | § |

**<u>PROFFER</u>**

If this case were tried, the United States would prove:

The defendant is a citizen and national of the United Mexican States (Mexico), and not a citizen of the United States.

On September 16, 1996, defendant, using the name **Juan Andres Luna**, was convicted in the County Criminal Court at Law No. 10 of Harris County, Texas, for the offense of **possession of marihuana,** committed on or about May 10, 1996, in Cause No. 9620683.   He was sentenced to 4 days' confinement.

On September 16, 1996, defendant, using the name **Juan Andres Luna**, was convicted in the County Criminal Court at Law No. 10 of Harris County, Texas, for the offense of **carrying a weapon,** committed on or about May 19, 1996, in Cause No. 9622086.   He was sentenced to 20 days' confinement.

On December 10, 1996, defendant, using the name **Juan Andres Luna**, was convicted in the 179th District Court of Harris County, Texas, for the offense of **aggravated robbery,** committed on or about June 29, 1996, in Cause No. 726494.   He was sentenced to 6 years' confinement.

1

On January 7, 2004, defendant, using the name **Juan Andres Luna**, was convicted in the County Criminal at Law No. 3 of Harris County, Texas, for the offense of **no driver's license on demand,** committed on or about November 5, 2003, in Cause No. 1203015.   He was fined $300.00.

On February 24, 2004, defendant, using the name **Juan Andres Luna**, was convicted in the 208th District Court of Harris County, Texas, for the offense of **assault,** committed on or about August 27, 2003, in Cause No. 959851.   He was sentenced to 1 year confinement.

On February 24, 2004, defendant, using the name **Juan Andres Luna**, was convicted in the 208th District Court of Harris County, Texas, for the offense of **evading arrest,** committed on or about August 27, 2003, in Cause No. 959852.   He was sentenced to 2 years' confinement.

On February 24, 2004, defendant, using the name **Juan Andres Luna**, was convicted in the 208th District Court of Harris County, Texas, for the offense of **evading arrest,** committed on or about August 27, 2003, in Cause No. 959852.   He was sentenced to 3 years' confinement. This case was corrected to reflect 2 years as the 3 years was erroneously annotated.

On January 16, 2007, defendant, using the name **Juan Andres Luna**, was convicted in the County Criminal Court at law No. 1 of Harris County, Texas, for the offense of **driving while intoxicated 2nd,** committed on or about June 17, 2006, in Cause No. 1384176.   He was sentenced to 30 days confinement.

On February 13, 2007, defendant, using the name **Juan Andres Luna**, was convicted in the 183rd District Court of Harris County, Texas, for the offense of **possession of a controlled substance namely cocaine weighing less than one gram,** committed on or about January 19, 2007, in Cause No. 1100956.   He was sentenced to 180 days' confinement.

On October 5, 2007, defendant, using the name **Juan Andre Luna**, was convicted in the County Criminal Court at Law No. 9 of Harris County, Texas, for the offense of **possession of marihuana 0-2 oz,** committed on or about July 19, 2007, in Cause No. 1468280.   He was sentenced to 8 days' confinement.

On December 4, 2007, defendant, using the name **Juan Andres Luna**, was deported from the United States at Brownsville, Texas to Mexico.

On June 3, 2009, defendant, using the name **Juan Luna**, was convicted in the 337th District Court of Harris County, Texas, for the offense of **evading arrest/detention with motor vehicle,** committed on or about March 28, 2008, in Cause No. 1159954.   He was sentenced to 4 years' confinement.

On June 3, 2009, defendant, using the name **Juan Andres Luna**, was convicted in the 337th District Court of Harris County, Texas, for the offense of **possession of cocaine less than one gram,** committed on or about June 1, 2009, in Cause No. 1218500.   He was sentenced to 4 years' confinement.

On August 1, 2013, defendant, using the name **Juan Andres Luna aka Juan Luna Mendez**, was found in the United States at Houston, Texas.

On June 17, 2014, defendant, using the name **Juan Luna**, was convicted in the 351st District Court of Harris County, Texas, for the offense of **evading arrest/detention with vehicle,** committed on or about July 31, 2013, in Cause No. 1396381.   He was sentenced to 4 years and 6 months' confinement.

A record search of the Central Index System and the Defendant's A-file revealed no evidence that the defendant obtained consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and no evidence that the Defendant obtained corresponding consent after February 2003 from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

A fingerprint analyst examined and compared the fingerprints on the warrant of deportation and other documents to the known fingerprints of the defendant and concluded they were made by the same individual.

3